# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2018

SEAN F. McAVOY, CLERK

Red Lion Hotels Franchising Inc

    *Plaintiff*

v.

First Capital Real Estate Investments LLC, a California limited liability company; Mr. Suneet Singal and Mrs. Majique Ladnier, individually and as the marital community comprised thereof,

    *Defendant*

Civil Action No. 2:17-cv-00145-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 30, is GRANTED.
Judgment shall be entered for Plaintiff, Red Lion, in the amount of $1,297,765.58, plus interest, calculated as set forth in 28 U.S.C. § 1961(a) to the date of the Order at ECF No. 44.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on Plaintiff's Motion for Summary Judgment, ECF No. 30.

Date: 9/6/18

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
    *(By) Deputy Clerk*

Shelly Koegler